RECEIVED
AUG 24 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DII, L.L.C. | CIVIL ACTION NO. 06-2275 |
| VERSUS | JUDGE DOHERTY |
| CROWN PIPE SHOPS, INC. | MAGISTRATE JUDGE HILL |

### ORDER ON MOTION TO DISMISS

In consideration of the foregoing Motion to Dismiss for Lack of Personal Jurisdiction [Doc. 7], filed by defendant, Crown Pipe Shops, Inc., the motion is hereby **DENIED**.

THUS DONE AND SIGNED this ____ day of August, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE